

366 Madison Avenue | 7th Floor
New York, New York 10017
Tel 212-453-5900 | Fax 212-453-5959

PHILIP K. DAVIDOFF
212-453-5915
pdavidoff@fordharrison.com

February 18, 2021

> The conference is adjourned to April 15, 2021 at 12:00 p.m.
>
> SO ORDERED.
>
> New York, New York   /s/ John G. Koeltl
> February 19, 2021    John G. Koeltl, U.S.D.J.

**VIA ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Leonel Valentin Diaz, Alfonso Bustos, Francisco Bustos, Jesus Fernandez, Alejandro Medina, Francisco Mejia, and Oliverkin Matos Ortiz, v. 4 A Kids, LLC d/b/a/ F&J Pine Restaurant and The Pine Restaurant, Hutch Metro Café Corp. d/b/a Metro Café, and Anthony Bastone*
Case No. 20-cv-09058

Dear Judge Koeltl:

    This firm represents defendants in the above referenced action. We write with the consent of Plaintiffs' counsel, with respect to the preliminary conference scheduled for Monday, February 22, 2021. Respectfully, we ask that the aforementioned conference be adjourned until after the Defendants' responsive pleading is filed. Defendants' response is due to be filed on March 29, 2021. We believe that this proposed adjournment will afford defendants the time necessary to properly assess the issues raised in the complaint and to make any such preliminary conference more effective.

    Thank you for your consideration.

                                                      Sincerely,

                                                      *s/ Philip K. Davidoff*

                                                      PHILIP K. DAVIDOFF

PKD/cao