

Ius Laboris USA Global HR Lawyers
FordHarrison

366 Madison Avenue | 7th Floor
New York, New York  10017
Tel 212-453-5900 | Fax 212-453-5959

PHILIP K. DAVIDOFF
212-453-5915
pdavidoff@fordharrison.com

April 9, 2021

**VIA ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
Application granted. The conference is
adjourned to May 20, 2021 at 3:00 p.m.

SO ORDERED.

New York, New York   /s/ John G. Koeltl
April 9, 2021        John G. Koeltl, U.S.D.J.
```

Re:  *Leonel Valentin Diaz, Alfonso Bustos, Francisco Bustos, Jesus Fernandez, Alejandro Medina, Francisco Mejia, and Oliverkin Matos Ortiz, v. 4 A Kids, LLC d/b/a/ F&J Pine Restaurant and The Pine Restaurant, Hutch Metro Café Corp. d/b/a Metro Café, and Anthony Bastone*, 20 civ. 09058(JGK)

Dear Judge Koeltl:

This firm represents Defendants in the above referenced action.  We write with the consent of Plaintiffs' counsel with respect to the preliminary conference scheduled for Thursday, April 15, 2021 at 12:00 p.m.  Respectfully, we ask that this conference be adjourned until after the Defendants' responsive pleading is filed.  In this regard, the parties have stipulated that Defendants' responsive pleading is due to be filed on or before April 29, 2021.  We believe that this proposed adjournment will afford Defendants, indeed the parties, the time necessary to properly assess the matters raised in the Complaint and to make any such conference more productive.

Thank you for your consideration.

Very truly yours,

/s/

Philip K. Davidoff

PKD/cao

WSACTIVELLP:12072291.2