UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONEL VALENTIN DIAZ,

               Plaintiff,

    - against -

4 A KIDS, LLC ET AL.,

               Defendants.

20-cv-9058 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for today is canceled.

    The parties should submit their proposed settlement and explanation of fairness together with any requested attorney's fees and support for such an award by **May 28, 2021**.

    SO ORDERED.

Dated:    New York, New York
             May 20, 2021

                                      John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5-20-21